## THE STATE *v.* ECHERT.

APPEAL from the Wayne Criminal Circuit Court.

DOWNEY, C. J,—The appellee was indicted for a nuisance, was tried, and acquitted, in the criminal court.

The case is brought to this court, we suppose, by the prosecuting attorney, under sec. 119, 2 G. & H. 420.

No errors are assigned, and we cannot therefore regard the case as properly here for any purpose.

The appeal is dismissed.

*B. W. Hanna*, Attorney General, for the State.

*W. H. Coombs* and *W. H. H. Miller*, for appellee.